**No. 41661.**—Protest 975641–G of Union Importing Co. (Boston).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Von Bremen* v. *United States* (T. D. 46643) the protest was sustained.

**No. 41662.**—Protest 976459–G of C. Pappas Co. (Boston).

Opinion by KEEFE, J. On the record presented the protest was overruled.

BEFORE THE FIRST DIVISION, JUNE 15, 1939

**No. 41663.**—Petition 5709–R of M. Pressner & Co. (New Orleans).

Opinion by McCLELLAND, P. J. On the record presented it was found that the entry was made without any intention to defraud the Government or to deceive the appraiser. The petition was therefore granted.

BEFORE THE SECOND DIVISION, JUNE 15, 1939

**No. 41664.**—Protest 971785–G of Little Joe Weisenfeld (Baltimore).

Opinion by TILSON, J. The evidence showed that the sticks in question are cut to a length to suit the individual who uses them. They are not malacca but nelgehri, which is called bamboo in this country. From an examination of the sample the court was unable to hold that it is in the natural state or in the rough. The evidence was held not sufficient to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 41665.**—Protest 941618–G of B. A. McKenzie & Co., Inc. (Seattle).

Opinion by TILSON, J. The merchandise was found to consist of skirts, jumpers, and jackets. In a loop at the top of the skirt is inserted an elastic band which the collector classified as braid and assessed the three articles as an entirety. On the record presented it was held that the skirt and jumper constitute an entirety properly dutiable at 90 percent under paragraph 1529. The jackets or sweaters were held to be separate and dutiable at 50 cents per pound and 50 percent ad valorem under paragraph 1114.

**No. 41666.**—Protest 952712–G of Mexican American Hat Co. (St. Louis).

Opinion by TILSON, J. On the record presented the merchandise was held dutiable as harvest hats under paragraph 1504 (b) (5) as claimed.